1  Michael B. Adreani (SBN 194991) mba@rpnalaw.com
   Burton E. Falk (SBN 100644) bef@rpnalaw.com
2  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Avenue, Suite 250
3  Woodland Hills, California 91367
   Telephone:  (818) 992-9999
4  Facsimile:   (818) 992-9991

5  Attorneys for Defendant National Stores,
   Inc., individually and dba "Fallas Discount Stores"
6

7  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
8  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
9  Howard S. Han (SBN 243406)
   hhan@donigerlawfirm.com
10 DONIGER/BURROUGHS, APC
   603 Rose Avenue
11 Venice CA 90291
   Telephone: (310) 590-1820
12

13 Attorneys for Plaintiff
   Star Fabrics, Inc.

14

15                  UNITED STATES DISTRICT COURT

16                  CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STORES, INC., individually and doing business as "Fallas," California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. 14-CV-09660 DSF (JEM)**<br><br>**DISCOVERY MATTER: ORDER ON PARTIES' STIPULATION FOR PROTECTIVE ORDER**<br><br>**[Stipulation For Protective Order, filed concurrently herewith]**<br><br>Hon. Dale S. Fischer<br><br><br>Complaint filed: December 17, 2014 |

**IT IS HEREBY ORDERED THAT:**

Good cause exists for the Stipulation For Protective Order, dated March 4, 2015, which was jointly submitted by counsel for Plaintiff Star Fabrics, Inc., and counsel for Defendants National Stores, Inc., individually and dba "Fallas Discount Stores," concerning confidential, proprietary, or private information business information (including without limitation, sales and profit margin figures), and said Stipulation For Protective Order is hereby ordered.

**IT IS SO ORDERED.**

DATED:   March 9, 2015

_____
MAGISTRATE JUDGE JOHN E. McDERMOTT
U.S. DISTRICT COURT